STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| Sam Burningham, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiff, | |
| v. | Civil No.: 2:17-cv-00440-CW-PMW |
| Integrity Food Group LLC, d.b.a. Wendy's, | Assigned to: Magistrate Judge Paul M. Warner |
| Defendant. | |

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Sam Burningham, hereby voluntarily dismisses this Action with prejudice.

RESPECTFULLY SUBMITTED on this 14th day of July, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record to the following recipients:

Scott A. Hagen
RAY QUINNEY & NEBEKER
36 S STATE ST STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385
(801)532-1500
Email: shagen@rqn.co
*Attorney for Defendant*

*by: ls*